JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY SOTOMAYOR, JOSHUA ERIN SAENZ, JACUALINE BRITTANY CAMARENA, STEPHEN CHRISTOPHER SAENZ, ARTHUR D. SAENZ, JR., AND GUERRA & GUTIERREZ MORTUARIES,<br><br>Defendants. | Case No: 2:21-cv-01562 MWF (MRWx)<br><br>**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT** |

Considering the Stipulation of Plaintiff in Interpleader, LINCOLN BENEFIT LIFE COMPANY ("LINCOLN") and Defendants in Interpleader, NANCY SOTOMAYOR ("SOTOMAYOR"), JOSHUA ERIN SAENZ, JACUALINE BRITTANY CAMARENA, STEPHEN CHRISTOPHER SAENZ, and ARTHUR D. SAENZ, JR. (collectively the "SAENZ SIBLINGS"), and GUERRA & GUTIERREZ MORTUARIES ("GUERRA"), (SOTOMAYOR, SAENZ SIBLINGS, and GUERRA, are collectively referred to as "Defendants"), the Court finds, adjudges, and orders as follows:

1. In dispute are proceeds from the LINCOLN Policy No. 01N1416792, issued to Insured and Decedent Arthur D. Saenz, Sr. The Insured passed away on or around September 27, 2020, at which time the benefits under the Policy became payable. However, multiple competing claims were made for the Policy benefits and LINCOLN exhausted all reasonable efforts in trying to identify the proper beneficiary or beneficiaries under the Policy, and filed this Complaint in Interpleader action in February 2021.

2. LINCOLN deposited the Policy Proceeds plus accrued interest, in the amount of $328,851.45, on April 23, 2021 with the registry of this Court ("Interpled Funds").

3. LINCOLN and Defendants agree that the amount of the Interpled Funds deposited with this Court represents all of the contested proceeds payable under the Policy.

4. Defendants further agree and acknowledge that the Complaint in Interpleader is properly before this Court and that it was brought by and filed by LINCOLN in good faith and without collusion with any of the Defendants or any other party or entity.

5. In order to protect its interests and to file and prosecute the Complaint in Interpleader, LINCOLN retained the services of the firm of Seyfarth Shaw, LLP, which caused LINCOLN to incur attorney's fees and costs in this matter.

6. Plaintiff and all Defendants now agree that all claims that each have against the other have been resolved with LINCOLN to receive $12,000 for attorney's fees and costs; GUERRA to receive $25,730.60; and the net Interpled Funds after payment of LINCOLN and GUERRA are to be divided with SOTOMAYOR to receive 45% of the net Interpled Funds and 45% of the accumulated interest, if any, and the SAENZ SIBLINGS to receive 55% of the net Interpled Funds plus 55% of the accumulated interest, if any.

7. THEREFORE, IT IS HEREBY ORDERED THAT the Interpled Funds, plus accumulated interest, if any, should be disbursed to the following persons, as payees for the respective parties, at the following addresses, and in the following amounts:

    a) LINCOLN BENEFIT LIFE COMPANY (Payee)
       c/o Giovanna A. Ferrari

|   |   |
|---|---|
| 1 | (Attorney for LINCOLN BENEFIT LIFE COMPANY)<br>SEYFARTH SHAW, LLP<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br>gferrari@seyfarth.com |

Twelve Thousand Dollars and Zero Cents ($12,000.00)

b) GUERRA & GUTIERREZ MORTUARIES (Payee)
c/o Richard R. Gutierrez
(Attorney for GUERRA & GUTIERREZ MORTUARIES)
LAW OFFICES OF RICHARD R. GUTIERREZ
5800 East Beverly Blvd.
Los Angeles, CA 90022
Phone: 323-722-1900
Facsimile: 323-213-3193
richard@guerragutierrez.com

Twenty-Five Thousand Seven Hundred Thirty Dollars and Sixty Cents ($25,730.60).

c) INTERPLEADER LAW, LLC IOLTA (Payee)
c/o William J. Perry
(Attorney for JOSHUA ERIN SAENZ, JACUALINE BRITTANY CAMARENA, STEPHEN CHRISTOPHER SAENZ, AND ARTHUR D. SAENZ, JR.)
INTERPLEADER LAW, LLC
5800 One Perkins Place Drive, Suite 2A
Baton Rouge, Louisiana 70808
Telephone: (805) 962-4887
Facsimile: (805) 963-7311
william.perry@interpleaderlaw.com

One Hundred Sixty Thousand One Hundred Sixteen Dollars and Forty-Seven Cents ($160,116.47) plus Fifty-Five Percent (55%) of any accumulated interest.

///

///

d) NANCY SOTOMAYOR (Payee)
c/o Roberto Lara and Eric L. Davis
(Attorneys for NANCY SOTOMAYOR)
LARA & DAVIS LLP
350 South Figueroa Street, Suite 505
Los Angeles, California 90071
Telephone: (213) 623-2600
Facsimile: (213) 623-2616
rlara@lidlegal.com
edavis@lidlegal.com

One Hundred Thirty-One Thousand Four Dollars and Thirty-Eight Cents ($131,004.38) plus Forty-Five Percent (45%) of any accumulated interest.

8. IT IS FURTHER ORDERED that LINCOLN and its owners, shareholders, partners, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, administrators, and insurers shall be, and hereby are, dismissed from this action with prejudice and forever discharged, released and relieved from any and all further liability or responsibility of any kind to Defendants SOTOMAYOR, the SAENZ SIBLINGS, and GUERRA, any other current or subsequently added party to this action, and any other persons or entities whether claiming by, through, or under any said persons or entities, or arising out of or in any way connected with the Policy, any and all proceeds payable under the Policy, the Interpled Funds, this action, and/or the facts set forth herein.

9. IT IS FURTHER ORDERED that defendants SOTOMAYOR, the SAENZ SIBLINGS, and GUERRA, and every other current or subsequently added party to this action are, during the pendency of this action and hereafter, permanently enjoined and restrained from instituting, prosecuting, or taking any further steps or proceedings against LINCOLN, its owners, shareholders, partners, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, administrators, and insurers in any action, suit or proceeding, in any way arising out of or in any way connected with the Policy, the proceeds payable under the Policy, this action, and/or the facts set forth herein.

10. IT IS FURTHER ORDERED that this matter shall be dismissed with prejudice.

Dated: June 7, 2022

_____

| | |
|---|---|
| 1 | |
| 2 | MICHAEL W. FITZGERALD |
|   | United States District Judge |
| 3 | cc:  Fiscal Services |
| 4 | |
|   | 84206618v.1 |